IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00220-DME-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.  TRAVIS BOB,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed in the above matter on August 16, 2010.

IT IS ORDERED THAT a Change of Plea hearing is set for **September 16, 2010 at 10:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on September 14, 2010.** <u>If these documents are not timely submitted, the hearing will be vacated.</u>  **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F). The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan* decisions, and they will only be accepted in certain circumstances.** In light of the Defendant's Notice of Disposition, the speedy trial time is tolled.

IT IS FURTHER ORDERED that Defendant Travis Bob is excused from attending the Scheduling Conference set for October 5, 2010, PROVIDED that by October 1, 2010, Defendant

Travis Bob and his counsel sign a written waiver whereby Defendant Travis Bob waives his right to attend that Scheduling Conference in light of his pending change of plea request.

DATED: August 19, 2010

BY THE COURT:

*s/ David M. Ebel*

───────────────────────────────
David M. Ebel
United States Circuit Judge