**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00220-DME-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11. TRAVIS BOB,

    Defendant.

## ORDER

ORDER ENTERED BY DAVID M. EBEL

    The Sentencing Hearing for Defendant Travis Bob is <u>rescheduled</u> to April 11, 2011, at 10:00 a.m.

    DATED:  November 15, 2010