**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00220-DME-11

UNITED STATES OF AMERICA,

      Plaintiff,

v.

11.  TRAVIS BOB,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

      The Sentencing Hearing scheduled on April 4, 2011, for Defendant Travis Bob has been <u>rescheduled</u> to **April 8, 2011, at 11:00 a.m.**

      DATED:  March 28, 2011