**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL**

Courtroom Deputy: Bernique Abiakam         Date: April 8, 2011
Court Reporter: Janet Coppock
Probation Officer: Justine Kozak

Criminal Action No.10-cr-00220-DME-11

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kasandra R. Carleton |
| Plaintiff, | |
| v. | |
| 11.   TRAVIS BOB, | Richard Kent Kornfeld |
| Defendant. | |

**SENTENCING MINUTES**

**11:13 a.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Change of Plea Hearing:**   September 16, 2010

**Defendant plead guilty to Count Forty-Two of the Indictment.**

Defendant sworn.

Parties received and reviewed the presentence report.

**ORDERED:   Government Motion To Dismiss Counts (Filed 9/16/10; Doc. No. 192)
is GRANTED.**

**ORDERED:   Government's Motion For Reduction In Base Offense Level Pursuant
To U.S.S.G.§3E1.1(b) [Filed 3/30/11; Doc. No. 477] is GRANTED.**

Argument heard on Government's U.S.S.G.§5K1.1 Motion For Downward Departure Based On Substantial Assistance (Filed 4/1/11; Doc. No. 482).

Case 1:10-cr-00220-DME   Document 494   Filed 04/08/11   USDC Colorado   Page 2 of 3

*10-cr-00220-DME-11*
*Sentencing*
*April 8, 2011*

11:18 a.m.     Argument by Ms. Menendez.  Questions by the Court.

11:30 a.m.     Argument by Mr. Kornfeld.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED**:   Government's U.S.S.G.§5K1.1 Motion For Downward Departure Based On Substantial Assistance (Filed 4/1/11; Doc. No. 482) is GRANTED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count Forty-Two to a term of imprisonment of **29 months**, with credit for time already served.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of 1 year.

**Conditions of supervised release:**
- (X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)    Defendant shall not commit another federal, state or local crime.
- (X)    Defendant shall not possess a firearm or destructive device.
- (X)    Defendant shall comply with the standard conditions adopted by the Court.
- (X)    Defendant shall not illegally possess controlled substances.
- (X)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)    Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X)    Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X)    Defendant shall abstain from the use of alcohol or other intoxicants during

2

*10-cr-00220-DME-11*
*Sentencing*
*April 8, 2011*

|   |   |
|---|---|
|   | the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer |
| (X) | Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall pay the cost of the treatment as directed by the probation officer. |
| (X) | The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment. |
| (X) | Defendant shall not participate in any gang activity or associate with any gang members. |

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED**:   The Probation Officer shall prepare the judgment as specified.

**ORDERED:**   A complete copy of the presentence report shall be prepared by the Probation Officer for the Bureau of Prisons and United States Sentencing Commission.

**ORDERED**:   Any other copies of the presentence report and addendum shall remain confidential according to the practice of the Court.  Counsel on appeal shall be allowed access if an appeal is taken.

**ORDERED**:   Defendant shall be given credit for presentence confinement.

The Court advises the Bureau of Prisons that when making a determination of confinement for the Defendant, that it should take into consideration that the Defendant's son may be moving to Florida.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:07 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 54 minutes.